IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

DANIEL LAWSURE,  Civil Action No. 2:18-cv-00373-NT

Plaintiff,

v.

ASTURIAN GROUP, INC.,

Defendant,

## STIPULATION OF DISMISSAL

NOW COME all the parties to this action, pursuant to F. R. Civ. P. 41(a)(1)A)(ii) stipulate that this case is hereby dismissed with prejudice and without costs.

Dated: March 21, 2019

/s/ Peter Mancuso
Peter Mancuso
Andrew Schmidt Law, PLLC
97 India St.
Portland, Maine 04101
*Attorneys for the Plaintiff*

/s/ Glenn Israel
Glenn Israel
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, Maine 04104
(207) 774-1200 (t)
(207) 774-1127 (f)
gisrael@bernsteinshur.com

*Attorneys for the Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2019 I served a copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following counsel:

Glenn Israel
*Attorneys for Defendant*

Bernstein Shur
100 Middle Street, PO Box 9729
Portland, ME 04104

Dated: March 21, 2019

    /s/Peter Mancuso
Peter Mancuso
Andrew Schmidt Law, PLLC
97 India St.
Portland, Maine 04101
207-619-0884
Peter@MaineWorkerJustice.com

*Attorneys for the Plaintiff*